```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WELLS FARGO BANK, NATIONAL                                  :
ASSOCIATION, AS TRUSTEE, FOR THE                            :
BENEFIT OF THE HOLDERS OF COMM                              :
2015-LC19 MORTGAGE TRUST                                    :
COMMERICAL MORTGAGE PASS-                                   :
THROUGH CERTIFICATES,                                       :
                                                            :        20-CV-2048 (VSB)
                                                            :
                              Plaintiff,                    :           ORDER
                                                            :
              -against-                                     :
                                                            :
5615 NORTHERN LLC et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/6/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On March 30, 2021, Plaintiff filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. (Docs. 31–35.) It is hereby:

ORDERED that the parties shall meet and confer and propose a briefing schedule for Defendants opposition and Plaintiff's reply by April 9, 2021.

SO ORDERED.

Dated: April 6, 2021
New York, New York

Vernon S. Broderick
United States District Judge