UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
 

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2015-LC19 MORTGAGE TRUST COMMERICAL MORTGAGE PASSTHROUGH CERTIFICATES, | 20-CV-2048 (VSB) |
| Plaintiff, | **ORDER** |
| -against- | |
| 5615 NORTHERN LLC et al., | |
| Defendants. | |

--------------------------------------------------------

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On August 18, 2022, I received a communication from the Parties requesting additional information as to the status of the pending Receivership Motion (Doc. 25) and Summary Judgment Motion (Doc. 44) (the "Pending Motions.")  The Pending Motions are under advisement and the parties will be notified as soon as the decision is rendered.  I thank the parties for their ongoing patience in this matter.

SO ORDERED.

Dated:  August 19, 2022
         New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge