UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
WELLS FARGO BANK, NATIONAL :
ASSOCIATION, AS TRUSTEE, FOR THE :
BENEFIT OF THE HOLDERS OF COMM :
2015-LC19 MORTGAGE TRUST : 20-CV-2048 (VSB)
COMMERICAL MORTGAGE :
PASSTHROUGH CERTIFICATES, : **ORDER**
:
                      Plaintiff, :
:
          -against- :
:
5615 NORTHERN LLC et al., :
:
                   Defendants. :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On August 23, 2022, Defendants filed a motion to dismiss for lack of jurisdiction ("Motion to Dismiss") (Doc. 57.) Accordingly, it is hereby

ORDERED that Plaintiff file any opposition by September 6, 2022, and Defendants file any reply by September 13, 2022. I will wait to issue my opinion on the pending Receivership Motion (Doc. 25) and Summary Judgment Motion (Doc. 44) (the "Pending Motions") until the parties have had the opportunity to fully brief the issues raised in the Motion to Dismiss.

SO ORDERED.

Dated: August 24, 2022
      New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge