USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2022

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2015-LC19 MORTGAGE TRUST COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, acting by and through Midland Loan Services, a Division of PNC Bank, National Association, as Special Servicer under the Pooling and Servicing Agreement dated as of February 1, 2015,

       Plaintiff,

   -against-

5615 NORTHERN LLC and SPYRO E. AVDOULOS,

       Defendants.

-----------------------------------------------------------------X

**20-CV-2048 (VSB) (KHP)**

<u>**ORDER**</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

  This case has been referred to me to conduct an inquest on the amount of the judgment of foreclosure and sale. (ECF No. 69.)

  By **<u>Friday, December 16, 2022</u>**, Plaintiff shall serve on Defendants and file with the Court Proposed Findings of Fact and Conclusions of Law concerning the amount of the judgment of foreclosure and sale. Plaintiff's Proposed Findings of Fact should specifically tie the proposed damages figure(s) to the legal claim(s) on which summary judgment has been granted; should demonstrate how Plaintiff has arrived at the proposed damages figure(s); and should be supported by one or more affidavits and exhibits, which may attach any documentary evidence establishing the proposed damages. Claims for attorneys' fees and costs, if any, must be

supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.  All proposed findings of fact must be supported by admissible evidence introduced through affidavit, and all proposed findings of law must be supported by reference to applicable law.  The submission shall contain a concluding paragraph that succinctly summarizes what damage amount (or other monetary relief) is being sought, including the exact dollar amount being sought.

By **Monday, January 16, 2023,** Defendant shall serve on Plaintiff and file with the Court their response to plaintiff's submissions.

An Inquest Hearing will take place on **Monday, January 30, 2023 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

**SO ORDERED.**

DATED:      New York, New York
            November 3, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge