**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE, FOR THE
BENEFIT OF THE HOLDERS OF COMM
2015-LC19 MORTGAGE TRUST
COMMERCIAL MORTGAGE
PASSTHROUGH CERTIFICATES, acting by
and through Midland Loan Services, a Division
of PNC Bank, National Association, as Special
Servicer under the Pooling and Servicing
Agreement dated as of February 1, 2015,

                                        Plaintiff,

                    -against-

5615 NORTHERN LLC and SPYRO E.
AVDOULOS,

                                        Defendants.
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023
```

20-CV-2048 (VSB) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Undersigned is referred to issue a Report and Recommendation regarding the

amount of the judgment of foreclosure and sale.  The parties have the option pursuant to 28

U.S.C. § 636(c) to consent to have an Order on the Inquest issued by the Undersigned, which

would be directly appealable to the Second Circuit.

        If all parties consent, they shall complete the *Consent to Proceed Before a U.S.*

*Magistrate Judge* form available on the Court's website at

http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge and file

such form **by April 14, 2023**.  If one or both parties do not consent, a form should not be filed

and the parties should not inform the Court as to who declined consent.

This Order is not meant to interfere in any way with the parties' absolute right to have a judgment determined by a United States District Judge, but is merely an attempt at preserving scarce judicial resources, providing the parties with a faster resolution and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There are no repercussions to declining consent.

**SO ORDERED.**

DATED:       New York, New York
             March 27, 2023

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge