**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/06/2023
```

# Holland & Knight

31 West 52nd Street, 12th Floor | New York, NY 10019 | T 212.513.3200
Holland & Knight LLP | www.hklaw.com

Keith Brandofino
Partner
+1 212-751-3166
Keith.brandofino@hklaw.com

April 5, 2023

**VIA ECF:**

The Hon. Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:** The Evidentiary Hearing scheduled for Tuesday, April 11, 2023 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Tuesday, April 18, 2023 at 10:00 a.m.**
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 04/06/2023

Re: *Wells Fargo Bank, National Association, as Trustee, etc. v. 5615 Northern LLC and Spyro E. Avdoulous* - 1:20-cv-02048- VSB- KHP
**Request for Adjournment of Evidentiary Hearing**

Dear Judge Parker:

We are counsel to Plaintiff Wells Fargo Bank, National Association, as Trustee for the Benefit of the Holders of COMM 2015-LC19 Mortgage Trust Commercial Mortgage Passthrough Certificates ("Plaintiff"), acting by and through Midland Loan Services, a Division of PNC Bank, National Association, as Special Servicer under the Pooling and Servicing Agreement dates as of February 1, 2015. We write in furtherance of Your Honor's March 31, 2023 Order Scheduling Evidentiary to request that the hearing scheduled for April 11, 2023 at 2:00 PM (the "Hearing"), be adjourned and rescheduled to either of the following dates, April 18, 19, 20, 25, 26 or 27 at 2:00 PM. The adjournment is necessary because Plaintiff's witness, Anne Heslop, is unavailable on April 11, 2023 and David Mignardi and I will be traveling for a client-related matter on that day. Counsel for defendants, Charles H. Wallshein, Esq., consents to the request for adjournment on the dates identified above. No prior request for an adjournment of the Hearing has been made.

Accordingly, we respectfully request that Your Honor grant Plaintiff's request that the the Adjournment request on an expedited basis. We thank the Court in advance for its consideration of this matter and are available for any questions the Court may have.

Respectfully,

**HOLLAND & KNIGHT LLP**

By: */s/ Keith M. Brandofino*
Keith M. Brandofino

cc: All parties of record via ECF