UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
WELLS FARGO BANK, NATIONAL :
ASSOCIATION, AS TRUSTEE, FOR THE :
BENEFIT OF THE HOLDERS OF COMM :
2015-LC19 MORTGAGE TRUST : 20-CV-2048 (VSB)
COMMERCIAL MORTGAGE PASS- :
THROUGH CERTIFICATES, acting by and : **ORDER**
through Midland Loan Services, a Division of :
PNC Bank, National Association, as Special :
Servicer under the Pooling and Servicing :
Agreement dated as of February 1, 2015, :
:
                                    Plaintiff, :
:
               - against - :
:
:
5615 NORTHERN LLC and SPYRO E. :
AVDOULOS, :
:
                                    Defendants. :
----------------------------------------------------------X

Appearances:

David Vincent Mignardi
Keith Michael Brandofino
Holland & Knight LLP
New York, New York
*Counsel for Plaintiff*

Gerasimos Dimitrios Liberatos
Sitaras & Associates, PLLC
New York, New York

George Sitaras
Sitaras & Associates, PLLC
New York, New York

Charles Wallshein
Charles Wallshein PLLC
Melville, New York
*Counsel for Defendants*

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 19, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby

ORDERED that by May 20, 2024, the parties file a joint letter informing me of the status of the matter, as well as whether an additional telephonic conference will be needed.

SO ORDERED.

Dated: April 22, 2024
      New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge