UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
WELLS FARGO BANK, NATIONAL                             :
ASSOCIATION, AS TRUSTEE, FOR THE                       :
BENEFIT OF THE HOLDERS OF COMM                         :
2015-LC19 MORTGAGE TRUST                               :     20-CV-2048 (VSB)
COMMERCIAL MORTGAGE PASS-                              :
THROUGH CERTIFICATES, acting by and                    :     **ORDER**
through Midland Loan Services, a Division of           :
PNC Bank, National Association, as Special             :
Servicer under the Pooling and Servicing               :
Agreement dated as of February 1, 2015,                :
                                                       :
                              Plaintiff,               :
                                                       :
          - against -                                  :
                                                       :
                                                       :
5615 NORTHERN LLC and SPYRO E.                         :
AVDOULOS,                                              :
                                                       :
                              Defendants.              :
-------------------------------------------------------X

<u>Appearances</u>:

David Vincent Mignardi
Keith Michael Brandofino
Holland & Knight LLP
New York, New York
*Counsel for Plaintiff*

George Sitaras
Gerasimos Dimitrios Liberatos
Sitaras & Associates, PLLC
New York, New York

Charles Wallshein
Charles Wallshein PLLC
Melville, New York
*Counsel for Defendants*

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 12, 2024, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby

ORDERED that by June 28, 2024, the parties file a joint stipulation concerning the issues raised at the conference, as well as a joint letter informing me whether an additional telephonic conference will be needed.

SO ORDERED.

Dated: June 12, 2024
       New York, New York

                                                          _____
                                                          Vernon S. Broderick
                                                          United States District Judge