UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                        :

WELLS FARGO BANK, NATIONAL      :
ASSOCIATION, AS TRUSTEE, FOR THE  :
BENEFIT OF THE HOLDERS OF COMM  :
2015-LC19 MORTGAGE TRUST       :      20-CV-2048 (VSB) (KHP)
COMMERCIAL MORTGAGE PASS-     :
THROUGH CERTIFICATES, acting by and :        **ORDER**
through Midland Loan Services, a Division of :
PNC Bank, National Association, as Special :
Servicer under the Pooling and Servicing :
Agreement dated as of February 1, 2015,  :
                        :
               Plaintiff,  :
                        :
      - against -        :
                        :
                        :
5615 NORTHERN LLC and SPYRO E.   :
AVDOULOS,                   :
                        :
             Defendants.  :
-----------------------------------------------------------X

Appearances:

David Vincent Mignardi
Keith Michael Brandofino
Holland & Knight LLP
New York, New York
*Counsel for Plaintiff*

George Sitaras
Gerasimos Dimitrios Liberatos
Sitaras & Associates, PLLC
New York, New York

Charles Wallshein
Charles Wallshein PLLC
Melville, New York
*Counsel for Defendants*

Ian V. Lagowitz
*Receiver*

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 22, 2024, I held a telephonic conference in this case.  In accordance with my comments made during the conference, it is hereby

ORDERED that by July 25, 2024, the parties file a joint letter informing me whether Defendants plan to file a motion for reconsideration of my November 8, 2023 Opinion & Order (Doc. 112) adopting in full Magistrate Judge Parker's May 4, 2023 Report & Recommendation (Doc. 107).  If Defendants wish to so move, the parties shall propose an accelerated briefing schedule on the motion.

SO ORDERED.

Dated: July 22, 2024
        New York, New York


                                        Vernon S. Broderick
                                        United States District Judge

2