# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.751.3166 | F 212.751.3113
Holland & Knight LLP | www.hklaw.com

KEITH M. BRANDOFINO
+1 212-751-3166
Keith.Brandofino@hklaw.com

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**
> 8/12/2024
> The parties shall submit a joint status letter by August 23, 2024.

August 9, 2024

**VIA ECF:**
Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Wells Fargo Bank, National Association, as Trustee, etc. v. 5615 Northern LLC and Spyro E. Avdoulos*; Civil Case No. 20-cv-02048

Dear Judge Broderick:

      We are counsel to plaintiff Wells Fargo Bank, National Association, as Trustee, for the benefit of the Holders of COMM 2015-LC19 Mortgage Trust Commercial Mortgage Pass-Through Certificates ("Plaintiff"), acting by and through Midland Loan Services, a Division of PNC Bank, National Association, as Special Servicer under the Pooling and Servicing Agreement dated as of February 1, 2015.  In furtherance of Your Honor's Orders dated July 22, 2024, we write to advise Your Honor that on August 6, 2024, Plaintiff and defendants 5615 Northern LLC and Spyro E. Avdoulos (collectively, "Defendants") participated in a settlement conference before Magistrate Judge Katherine Parker (the "Settlement Conference"). See ECF Nos. 131-32, 136. During the Settlement Conference, the parties worked to settle the issues herein, including, among other things, Defendants' challenge to Your Honor's November 8, 2023 Decision & Order, as well as their proposed computation of amount due based on Magistrate Judge Parker's May 4, 2023 Report & Recommendation (see ECF Nos. 136, 112, 107).  As a result of the Settlement Conference, the parties exchanged proposals in an effort to reach a global resolution of this matter.  In order to allow the parties additional time to analyze the proposals, which are aimed at a global resolution of this matter, we respectfully request a third extension until August 23, 2024, to submit a joint letter advising Your Honor whether Defendants plan to file a motion for reconsideration.

                                        Respectfully submitted,

                                        */s/ Keith M. Brandofino*
                                        Keith M. Brandofino, Esq.

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth | Houston
Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland
San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

#507116654_v2 516952.00443