USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE, FOR THE
BENEFIT OF THE HOLDERS OF COMM
2015-LC19 MORTGAGE TRUST
COMMERCIAL MORTGAGE
PASSTHROUGH CERTIFICATES, acting by
and through Midland Loan Services, a Division
of PNC Bank, National Association, as Special
Servicer under the Pooling and Servicing
Agreement dated as of February 1, 2015,

          Plaintiff,

    -against-

5615 NORTHERN LLC and SPYRO E.
AVDOULOS,

          Defendants.
-----------------------------------------------------------------X

20-CV-2048 (VSB) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

  By **September 23, 2024,** parties shall provide the court with a status update on settlement discussion via email to Judge Parker's Chambers email address.

  **SO ORDERED.**

DATED:  New York, New York
      August 23, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge