USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, FOR THE BENEFIT OF THE HOLDERS OF COMM 2015-LC19 MORTGAGE TRUST COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, acting by and through Midland Loan Services, a Division of PNC Bank, National Association, as Special Servicer under the Pooling and Servicing Agreement dated as of February 1, 2015,

                                      Plaintiff,

           -against-

5615 NORTHERN LLC and SPYRO E. AVDOULOS,

                                      Defendants.
------------------------------------------------------------------X

20-CV-2048 (VSB) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge**

      By **February 21, 2025,** the parties shall provide the court with a status update on settlement discussion and foreclosure sale.

      **SO ORDERED.**

DATED:    New York, New York
             February 13, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge