UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WELLS FARGO BANK, NATIONAL                                  :
ASSOCIATION, AS TRUSTEE, FOR THE                            :
BENEFIT OF THE HOLDERS OF COMM                              :
2015-LC19 MORTGAGE TRUST                                    :    20-CV-2048 (VSB)
COMMERCIAL MORTGAGE                                         :
PASSTHROUGH CERTIFICATES, acting by                         :
and through Midland Loan Services, a Division               :    **ORDER**
of PNC Bank, National Association, as Special               :
Servicer under the Pooling and Servicing                    :
Agreement dated as of February 1, 2015,                     :
                                                            :
                            Plaintiff,                      :
                                                            :
            -against-                                       :
                                                            :
                                                            :
5615 NORTHERN LLC and SPYRO E.                              :
AVDOULOS,                                                   :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       By September 18, 2025, the parties shall provide the Court with a status update on settlement discussion and foreclosure sale.

       SO ORDERED.

Dated:   September 4, 2025
         New York, New York

                                                Vernon S. Broderick
                                                United States District Judge