```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
WELLS FARGO BANK, NATIONAL                                  :
ASSOCIATION, AS TRUSTEE, FOR THE                            :
BENEFIT OF THE HOLDERS OF COMM                              :
2015-LC19 MORTGAGE TRUST                                    :   20-CV-2048 (VSB)
COMMERCIAL MORTGAGE PASS-                                   :
THROUGH CERTIFICATES, acting by and                         :   ORDER
through Midland Loan Services, a Division of                :
PNC Bank, National Association, as Special                  :
Servicer under the Pooling and Servicing                    :
Agreement dated as of February 1, 2015,                     :
                                                            :
                                        Plaintiff,          :
                                                            :
                   - against -                              :
                                                            :
                                                            :
5615 NORTHERN LLC and SPYRO E.                              :
AVDOULOS,                                                   :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X
```

Appearances:

David Vincent Mignardi
Keith Michael Brandofino
Holland & Knight LLP
New York, New York
*Counsel for Plaintiff*

George Sitaras
Marco & Sitaras PLLC
New York, New York

Charles Wallshein PLLC
Charles Wallshein PLLC
Melville, New York
*Counsel for Defendants*

<u>VERNON S. BRODERICK, United District Judge</u>:

On February 15, 2024, the Court-appointed Temporary Receiver, Ian V. Lagowitz, of Trigild, LLC (the "Receiver"), filed a motion for an order holding defendants 5615 Northern LLC, and Spyro E. Avdoulos (the "Defendants") in contempt of my November 8, 2023 order (the "Appointment Order"). (Doc. 116.) Upon review of the Receiver's motion, I issued an order directing that Defendants appear telephonically and show cause on March 28, 2024 why an order should not be issued holding them in contempt for failing to comply with my November 8, 2023 order. (Doc. 119.) On March 28, 2024, I held a telephonic conference concerning the Receiver's motion and ordered the parties to file a joint letter or stipulation by April 12, 2024 informing me of the status of this matter. (Doc. 121.) On April 12, May 20, and June 28, 2024, the parties filed joint status reports regarding the Defendants' compliance with the Appointment Order. (Docs. 122, 125, 129.)

Accordingly, it is hereby ORDERED that the Receiver shall file a letter **by October 3, 2025** deciding whether its motion should be denied as moot without prejudice to filing a new motion.

SO ORDERED.

Dated:   October 1, 2025
         New York, New York

*Vernon Broderick*
VERNON S. BRODERICK
United States District Judge

2