UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                                    :
WELLS FARGO BANK, NATIONAL                    :
ASSOCIATION, AS TRUSTEE, FOR THE            :
BENEFIT OF THE HOLDERS OF COMM            :
2015-LC19 MORTGAGE TRUST                        :              20-CV-2048 (VSB)
COMMERCIAL MORTGAGE PASS-                    :
THROUGH CERTIFICATES, acting by and        :              **ORDER**
through Midland Loan Services, a Division of  :
PNC Bank, National Association, as Special      :
Servicer under the Pooling and Servicing        :
Agreement dated as of February 1, 2015,          :
                                                                    :
                                          Plaintiff,              :
                                                                    :
                     - against -                               :
                                                                    :
                                                                    :
5615 NORTHERN LLC and SPYRO E.           :
AVDOULOS,                                                  :
                                                                    :
                                          Defendants.    :
--------------------------------------------------------X

<u>Appearances</u>:

David Vincent Mignardi
Keith Michael Brandofino
Holland & Knight LLP
New York, New York
*Counsel for Plaintiff*

George Sitaras
Gerasimos Dimitrios Liberatos
Sitaras & Associates, PLLC
New York, New York

Charles Wallshein
Charles Wallshein PLLC
Melville, New York
*Counsel for Defendants*

VERNON S. BRODERICK, United States District Judge:

On October 1, 2025, I held a telephonic conference in this case. In accordance with my comments made during the conference, it is hereby

ORDERED that by October 17, 2025, the parties shall file a Proposed Amended Judgment or a joint status letter concerning the issues raised at the conference. If the negotiations regarding a Proposed Amended Judgment fail, the parties shall include a proposed briefing schedule for Defendants' motion for reconsideration. Any motion for reconsideration shall address the timing issue of such a motion.

SO ORDERED.

Dated:    October 1, 2025
          New York, New York

VERNON S. BRODERICK
United States District Judge