**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE, FOR THE
BENEFIT OF THE HOLDERS OF COMM
2015-LC19 MORTGAGE TRUST
COMMERCIAL MORTGAGE
PASSTHROUGH CERTIFICATES, acting by
and through Torchlight Loan Services LLC
as Special Servicer under the Pooling and Servicing
Agreement dated as of February 1, 2015,

                          Plaintiff,

                -against-

5615 NORTHERN LLC and SPYRO E.
AVDOULOS,

                          Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2026

**20-CV-2048 (VSB) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The undersigned has been referred to issue a Report and Recommendation regarding

Plaintiff's Motion to Confirm Referee's Report of Sale and for Entry of Deficiency Judgment

Against 5615 Northern LLC and Spyro E. Avdoulos.  Defendants shall submit their Opposition, if

any, by **July 6, 2026**.

        **SO ORDERED.**

DATED:     New York, New York
           June 4, 2026

                                         _____
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge